IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

REC...
11 JAN -6 PM 2: 30

THE
CLERK, U.S.
W/D OF...

Billy Lewis Walker #64207
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby County Correction Center et.al
Mark Luttrell, Shelby County Mayor
James Coleman, Director Shelby County Correction Center
Patricia Booker/M.J. Love Central Records Clerk, James Harris as Counselor

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✗)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using
        the same outline.)

        1.  Parties to this previous lawsuit
            Plaintiffs:  Billy Lewis Walker #64207

            Defendants:  Mark Luttrell, County Mayor, James Coleman Director,
            Patricia Booker, M.J. Love Clerk, Shelby County Correction Center
            James Harris
        2.  Court (if federal court, name the district; if state court, name the county):
            N/A
        3.  Docket Number: N/A
        4.  Name of judge to whom case was assigned: N/A
        5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
            pending?)
            N/A
        6.  Approximate date of filing lawsuit: N/A

        7.  Approximate date of disposition: N/A

Revised 4/18/08

II. Place of Present Confinement: Shelby County Correction Center
A. Is there a prisoner grievance procedure in the institution?
Yes (✓)  No ( )
B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)  No ( )
C. If your answer is Yes:
1. What steps did you take? I have file several Complaints and grievances Plus Complaints to the Mayor
2. What was the result? They the Clerk office stated that I could only get the Credits if the sentencing order stated Concurrent, and is currently unresolved
D. If your answer is No, explain why not: N/A

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
A. Name of Plaintiff Billy Lewis Walker #64207
   Address 1045 Mullins Sta. Rd. Memphis, Tenn. 38134

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
B. Defendant Mark Luttrell is employed as Shelby County Mayor at 160 North Main Street, Suite 850 Memphis TN. 38103

C. Additional Defendants: James Coleman, Director, Patricia Booker, M.J. Love Central Records Clerk, Shelby County Correction Center et.al. James Harris Counsel 1045 Mullins Station Road memphis TN. 38134

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

1.) Mark Luttrell, County Mayor is directly responsible as he is the County Mayor ultimately responsible for actions taken by his Subordinates.
2.) James Coleman, Director Shelby Corrections Center, is responsible as the Director and direct supervisor of M.J. Love and Ms. Patricia Booker.
3.) Patricia Booker, M.J. Love, Central Records Clerk is the directly responsible party in this action as they are solely responsible for the issuance of Credits towards my sentence that I am due as a result of another action I was being Charged and Serving time simultaneously with this sentence. Ms. Booker, M.J. Love Originally gave me the sentence Credits that is in question, and then took them away. Obviously they saw that a Valid Claim for these credits was allowable

(See attached-2-Sheet)

Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would request that they give me all the days credit I am due between the period of April 24, 2008 until April 12, 2010. And that they give me any monetray amount that the court sees fit to award me for any undue suffering or time I have spent incarcerated that I should have been a free individual.

VI. Jury Demand
I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __3__ day of __Jan.__, 20_11_.

Billy Walker #64207

_____
(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08

or she would never have given them in the first place.
4) Shelby County Correction Center is directly liable as the institution that the aforementioned individuals are employeed by or responsible for the proper day to day function of said institution.
5) James Harris is directly responsible party in this action as he is solely responsible for obtaining information from Central Records Pertaining to my time and release date.

On April 24, 2008 I was transferred to Desoto County, Mississippi for a pending charge in that jurisdiction. I was transferred under an Interstate Compact Agreement. Upon my return to Shelby County Division of Corrections on April 12, 2010 I was given credits for all the time that I was out to Court. Approximately one (1) month after my return to Shelby County the credit for the time I was out to Court was taken back. Causing me to serve the Shelby County time twice. Therefore I am asking for relief in the form of reinstatement of those sentence credits. And one thousand dollars ($1,000.00) per day for all days that I have been slighted as well as the days that I would have already been a free individual.

Billy Walker
#64207
Shelby County Division of Correction
1045 Mullins Station Rd.
Memphis, TN 38134

INDIGENT INMATE
LEGAL MAIL

INMATE MAIL
SENT FROM COUNTY
DIVISION OF CORRECTIONS

INDIGENT INMATE
LEGAL MAIL

RECEIVED
11 JAN -6 PM 2:30
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S. District Court
Western District of Tenn.
242 Federal Building
167 North Main
Memphis, Tn. 38103

US POSTAGE $01.90
PITNEY BOWES
02 1M
0004223049 JAN 05 2011
MAILED FROM ZIP CODE 38103